No. 334. MINGORI ET AL. *v.* BRODERICK, COLLECTOR OF INTERNAL REVENUE. October 12, 1942. Petition for

writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Jeff A. Robertson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.